IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SAMANTHA WARREN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 3-20-cv-00428 |
| ) | JUDGE RICHARDSON |
| SUNRISE RESTAURANTS, LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

The parties have filed a Joint Stipulation of Dismissal with Prejudice (Doc. No. 26), in which they stipulate to the dismissal with prejudice of all claims, "pursuant to Fed. R. Civ. P. 41(a)(1)(B)." The Court construes this is a joint stipulation of dismissal pursuant to Rule 41(a)(1)(A)(ii), which is effective as of the time of its filing without further action of the Court. Rule 41(a)(1)(B) addresses the effect of such a stipulation, and it provides that "[u]nless the . . . stipulation states otherwise, the dismissal is without prejudice." Here, the Joint Stipulation does "state[ ] otherwise," so the Court acknowledges that all claims herein have been **DISMISSED with prejudice.**

The Clerk is directed to close this file. This Order shall constitute final judgment for purposes of Fed. R. Civ. P. 58.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE